Dismissed and
Memorandum Opinion filed June 21, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01235-CV

____________

 

LaNELLE GARRISON, Appellant

 

V.

 

ESTATE OF CLYDE J. GARRISON, DECEASED, Appellee

 



 

On Appeal from the County Court at Law

Austin County, Texas

Trial Court Cause No. 06-PR-08780-A

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed August 23, 2010. 
The clerk’s record was filed February 11, 2011.  No reporter’s record or brief
was filed.

            On April 28, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before, May 26, 2011, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Brown, and Christopher.